AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| | | |
|---|---|---|
| Case No.: 5:17-mj-192 | Date and time warrant executed: 11/15/17 1400 | Copy of warrant and inventory left with: Treasurenet.com |

Inventory made in the presence of: Eric Nelson

Inventory of the property taken and name of any person(s) seized:

See Attached

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/27/18

_Executing officer's signature_

Eric L. Nelson LEO
_Printed name and title_



# Law Enforcement and Investigations
## Inventory of Seized or Impounded Property
(Reference FSH 5309.11, Chapter 20)

FS-5300-0048 (V.1.1)

| Incident/Case Number | Seizure Date and Time | Nature of Incident | Case Agent/Officer |
|---|---|---|---|
| 17-02-MAHH0JP<br>5:17-MJ-192 | 11/15/2017 - 03/27/2018 | ARPA | Eric Nelson |

| | Address or Location | | |
|---|---|---|---|
| ☒ Owner<br>☐ Seized From: TreasureNet.com | TreasureNet.com Website & Forums | ☒ Seized<br>☐ Impounded<br>☐ Unclaimed Property | ☐ Other: |

| Item Number | Description of Property (e.g., make, model, color, weight, value, serial number, etc.) | Location Obtained | Found By |
|---|---|---|---|
| 1 | 1 - Zipfile of website captures of photos and communications | TreasureNet.com | D. Kiehl (TreasureNet.com) |
| | posted by Justin Newton under the username Newtojus | " " | " " |
| | (Email Adress: motozx2004@hotmail.com) | " " | " " |
| | pertaining to archeological artifacts collected | " " | " " |
| | in the Two Bit Mining Claim on the BHNF 2016 - 2017. | " " | " " |

**Storage Location**
E. Nelson 17-02-MAHHOJP Case File.

**Additional Comments**

FS-5300-0049 (Continuation Sheet) attached? ☒ Yes ☐ No
Copies: Original - Case Agent/LEO; Copy (yellow) - Evidence Officer/Packing List; Copy (pink) - Receipt

FS File Code: 5300-LEI-General

Page 1 of 1